

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-9-2010

# Justin Layshock v. Hermitage Sch Dist

Precedential or Non-Precedential: Precedential

Docket No. 07-4465

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Justin Layshock v. Hermitage Sch Dist" (2010). *2010 Decisions.* Paper 1421.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1421

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-4465

JUSTIN LAYSHOCK, a minor,
by and through his parents;
DONALD LAYSHOCK;
CHERYL LAYSHOCK, individually
and on behalf of their son

v.

HERMITAGE SCHOOL DISTRICT
KAREN IONTA, District Superintendent;
ERIC W. TROSCH, principal Hickory High School
CHRIS GILL, Co-Principal Hickory High School, all in their
official and individual capacity

Hermitage School District,
Appellant

(WDPA Civil Action No. 06-cv-00116)


PRESENT:   SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN,
GREENAWAY and ROTH, Circuit Judges

**ORDER**

Upon consideration of the petition for rehearing filed by appellant and the answer

filed by appellees, it is hereby O R D E R E D that the petition for rehearing en banc is

granted.  It is

FURTHER ORDERED that the opinion and judgment filed February 4, 2010 as to

the appeal at No. 07-4465, are hereby vacated.

The matter will be argued before the en banc court on Thursday, June 3, 2010, at

10:00 a.m.

By the Court,


/s/ Anthony J. Scirica
Chief Judge


Date: April 9, 2010

MLR/cc:
     Witold J. Walczak, Esq.
     Kim M. Watterson, Esq.
     Richard T. Ting, Esq.
     Christina Lane, Esq.
     Anthony G. Sanchez, Esq.
     John W. Whitehead, Esq.
     Sean A. Fields, Esq.
     Joanna J. Cline, Esq.